**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 20-cv-00081-RM-STV

ROSA CALDERA, and
LUIS FERNANDO LUNA,

      Plaintiffs,

v.

ETHICON, INC., and
JOHNSON & JOHNSON,

      Defendants.

---

**ORDER
OF ADMINISTRATIVE CLOSURE**

---

This matter is before the Court on the parties' notice of settlement (ECF No. 130) which advises that a settlement in principle has been reached. The parties also advise that finalization of the settlement will likely take several months and, therefore, request this case be moved to inactive status and that all matters be stayed. Upon review of the matter, the Court finds that administrative closure – a stay equivalent – under D.C.COLO.LCivR 41.2 is appropriate. *Quinn v. CGR*, 828 F.2d 1463, 1465 n.2 (10th Cir. 1987); *see also Patterson v. Santini*, 631 F. App'x 531, 534 (10th Cir. 2015) (recognizing the uses of "the administrative-closure mechanism" by district courts). Accordingly, it is

**ORDERED** that, pursuant to D.C.COLO.LCivR 41.2, the Clerk shall administratively close this case subject to reopening for good cause, e.g., the finalization of the settlement.

DATED this 12th day of November, 2020.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge